[No. 7327-7-II.   Division Two.   February 18, 1986.]

LINDA MUIJE, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 82-2-01249-9, Carol A. Fuller, J., entered

September 22, 1983. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.